1    WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Aaron Dwayne Kelly,                    No.  CV 14-0241-PHX-SMM (LOA)

10                      Plaintiff,

11       vs.                                         **O R D E R**

12
     Director Charles Ryan, et al.,
13
                        Defendants.
14

15          On February 7, 2014, while confined in the Arizona State Prison Complex-Eyman,

16   Plaintiff Aaron Dwayne Kelly filed a *pro se* civil rights Complaint pursuant to 42 U.S.C.

17   § 1983 and an Application to Proceed *In Forma Pauperis*.  In a February 18, 2014 Order,

18   the Court denied the deficient Application to Proceed and gave Plaintiff 30 days to either

19   pay the filing and administrative fees or file a complete Application to Proceed *In Forma*

20   *Pauperis*.

21          On March 11, 2014, Plaintiff filed a second Application to Proceed *In Forma*

22   *Pauperis* and a First Amended Complaint.  In a March 20, 2014 Order, the Court granted

23   the second Application to Proceed and dismissed the First Amended Complaint because

24   Plaintiff had failed to state a claim.  The Court gave Plaintiff 30 days to file a second

25   amended complaint that cured the deficiencies identified in the Order.

26          On March 27, 2014, Plaintiff filed a "Motion to Request Copies of All Medical

27   Files to Work my Case Interrog[a]tories etc."  On April 3, 2014, he filed a Second

28   Amended Complaint.  In a May 5, 2014 Order, the Court dismissed the Second Amended

JDDL-K

1   Complaint because Plaintiff had failed to state a claim and denied as premature the

2   Motion to Request Copies.  The Court gave Plaintiff 30 days to file a third amended

3   complaint that cured the deficiencies identified in the Order.

4          On May 9, 2014, Plaintiff filed a notice of change of address, providing the Court

5   with a new address to be used when he was released from prison on June 25, 2014.  On

6   June 18, 2014, Plaintiff filed a "Request for a 30 Day Extension" (Doc. 18).

7   **I.       Pending Motion**

8          In his "Request for a 30 Day Extension," Plaintiff states that he has received

9   "additional proof that the medical was in fact in the wrong" and that he has not had "the

10  time or material to complete further actions on [his] end."  Plaintiff has attached to his

11  Request an Inmate Grievance form, an Inmate Grievance Appeal form, and a Medical

12  Grievance Appeal decision that grants Plaintiff's medical grievance appeal.  Plaintiff

13  requests a thirty-day extension of time to comply with the May 5 Order, requests that the

14  Court "view the documents, and requests that the Court send Plaintiff copies of the

15  proper forms if he "need[s] to file anything further."

16         The Court, in its discretion, will grant Plaintiff's Request and will give him an

17  additional 30 days to file a third amended complaint that cures the deficiencies identified

18  in the May 5 Order.[1]  In addition, the Court will direct the Clerk of Court to send Plaintiff

19  another copy of the court-approved form for filing a civil rights complaint by a prisoner.

20  **II.      Warnings**

21         **A.       Address Changes**

22         Plaintiff must file and serve a notice of a change of address in accordance with

23  Rule 83.3(d) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion

24  for other relief with a notice of change of address.  Failure to comply may result in

25  dismissal of this action.

26  _____

27         [1] The Court dismissed the Second Amended Complaint because Plaintiff had
28  failed to state a claim and gave Plaintiff leave to file a third amended complaint that does
    state a claim.   Thus, Plaintiff must file a third amended complaint that states a
    constitutional claim; he cannot simply rely on the submitted paperwork.

**JDDL-K**

**B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court.  *See* LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C.     Possible "Strike"**

Because the Second Amended Complaint has been dismissed for failure to state a claim, if Plaintiff fails to file a third amended complaint correcting the deficiencies identified in the May 5 Order, the dismissal may count as a "strike" under the "3-strikes" provision of 28 U.S.C. § 1915(g).  Under the 3-strikes provision, a prisoner may not bring a civil action or appeal a civil judgment *in forma pauperis* under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

**D.     Possible Dismissal**

If Plaintiff fails to timely comply with every provision of the May 5 Order and this Order, including these warnings, the Court may dismiss this action without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)     Plaintiff's "Request for a 30 Day Extension" (Doc. 18) is **granted**. Plaintiff has **30 days** from the date this Order is filed to file a third amended complaint in compliance with the May 5, 2014 Order and this Order.

(2)     If Plaintiff fails to file a third amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice that states that the dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

**JDDL-K**

1    (3)    The Clerk of Court must mail Plaintiff a court-approved form for filing a

2    civil rights complaint by a prisoner.

3    DATED this 31st day of July, 2014.

4

5

6    _____

7    Stephen M. McNamee
     Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JDDL-K

- 4 -