WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Dwayne Kelly,<br><br>           Plaintiff,<br><br>vs.<br><br>Director Charles Ryan, et al.,<br><br>           Defendants. | No.  CV 14-0241-PHX-SMM (LOA)<br><br>**ORDER TO SHOW CAUSE** |

On February 7, 2014, Plaintiff Aaron Dwayne Kelly, while confined in the Arizona State Prison Complex-Eyman, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. The Court granted Plaintiff leave to proceed *in forma pauperis* and assessed the statutory filing fee of $350.00. (Doc. 11). Plaintiff was cautioned that in the event of his release, he would be required to pay the balance of the filing fee within 120 days or show cause within 30 days why he cannot pay.

On May 9, 2014, Plaintiff filed a Notice of Change of Address (Doc. 17) indicating he would be released from custody on June 25, 2014. Currently, Plaintiff owes $350.00 towards the fee.

Accordingly, Plaintiff will be given 30 days from the date this Order is filed to either pay the $350.00 balance of the filing fee or file a "Response" to this Order. Plaintiff's Response must state the date of his release and must either promise to pay the unpaid balance of the filing fee within 120 days from the date of his release **or** show

JDDL

good cause why he cannot pay the outstanding balance of the filing fee. Plaintiff's Response must be made under penalty of perjury. *See* 28 U.S.C. § 1746 (oath requirement may be satisfied when a person declares under penalty of perjury that the submission is true and correct and signs and dates the document).

If Plaintiff fails to timely comply with every provision of this Order, the Court may dismiss this action without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Within **30 days** from the date this Order is filed, Plaintiff must either pay the $350.00 balance of the $350.00 filing fee **or** file a Response as described above.

(2) If Plaintiff fails to pay the balance of the filing fee **or** file a Response to this Order within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice.

DATED this 31st day of July, 2014.

Stephen M. McNamee
Senior United States District Judge

- 2 -